# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.A., | ) |
|       Plaintiff, | ) |
|       v. | ) Case No. 1:21-cv-16454-RBK-SAK |
| FINISH LINE, INC., et al., | ) |
|       Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff D.A. ("Plaintiff") and Defendant Finish Line, Inc. ("Defendant"), through their undersigned attorneys, who are authorized to enter into this stipulation, that Plaintiff hereby dismisses the Complaint in its entirety, with prejudice, and with each party bearing their/its own fees and costs.

**MALAMUT & ASSOCIATES, LLC**

*/s/ Christopher J. Keating*
Christopher J. Keating
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Ph: (856) 424-1808
ckeating@malamutlaw.com
*Attorneys for Plaintiff*

Dated: August 19, 2023

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s/ Danielle E. Acocella*
Danielle E. Acocella
Princeton South Corporate Center
100 Charles Ewing Boulevard, Suite 140
Ewing, NJ 08628
Ph: (609) 357-1180
dacocella@constangy.com
*Attorneys for Defendant*

Dated: August 19, 2023

SO ORDERED

_____
The Honorable Robert B. Kugler, U.S.D.J.

August 21, 2023

10021103v2