NIXIE       220    4C 1           7209/16/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 08101279797    2027N259101-00654

CLERK
MITCH[E]
1 JOH[N]
4TH & C[...]
ROOM 1050
CAMDEN, NJ 08101-2797

NEOPOST
09/06/2023
US POSTAGE $001.59⁰
ZIP 08101
041M11292214

RECEIVED

SEP 21 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

Eugene J. McCaffrey, JR.
McCaffrey & Renner
108 Euclid Street
~~PO Box 574~~ Box Closed
Woodbury NJ 08096

WJF

## Other Orders/Judgments

1:21-cv-16454-RBK-SAK D.A. v. FINISH LINE, INC. et al

MEDIATION-PRIVATE,RULE16,SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/21/2023 at 11:07 AM EDT and filed on 8/21/2023
**Case Name:** D.A. v. FINISH LINE, INC. et al
**Case Number:** 1:21-cv-16454-RBK-SAK
**Filer:**
**Document Number:** 83

**Docket Text:**
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE. Signed by Judge Robert B. Kugler on 8/21/2023. (mag)**

**1:21-cv-16454-RBK-SAK Notice has been electronically mailed to:**

BENJAMIN EDWARD WIDENER    bwidener@constangy.com

CHRISTOPHER JOHN KEATING    ckeating@malamutlaw.com, ddrew@malamutlaw.com

DANIELLE ELIZABETH ACOCELLA    dacocella@constangy.com, lbenyon@constangy.com

KEITH J. GENTES    KEITH@MALAMUTLAW.COM, Christi@malamutlaw.com, courtnotices@malamutlaw.com, dcooke@malamutlaw.com, Preilly@malamutlaw.com

MARK ROBERT NATALE    mnatale@malamutlaw.com, ddrew@malamutlaw.com

**1:21-cv-16454-RBK-SAK Notice has been sent by regular U.S. Mail:**

EUGENE J. MCCAFFREY , JR
MCCAFFREY & RENNER
108 EUCLID STREET
P.O. BOX 574
WOODBURY, NJ 08096

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/21/2023] [FileNumber=17439214-0] [499d34692339f1713065c0c9ec42fb356e92a86d86287f2c166a6779947cdbfeda
b6f2f5996708f2f914315b2c271282d5964d1a64df86d9affd40a2270f61f7]]